NUMBER
13-06-000239-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________


 

                              IN
RE: ROMAN VALVERDE PERALES

____________________________________________________________

 

                                  On
Petition for Writ of Mandamus ____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                         Before
Justices Hinojosa, Yañez, and Garza

                                Per
Curiam Memorandum Opinion[1]

 

Relator, Roman Valverde Perales, filed a petition for writ of mandamus in
the above cause on May 5, 2006, in which he requested this Court to direct the
Honorable Laura A. Weiser, presiding judge of the
County Court-at-Law No. 1 of Victoria County, Texas, to vacate her July 21,
2004 and August 10, 2005 orders in trial court cause No. 1-77,577.  Relator also filed
a motion for emergency stay in which he requested this Court to stay the July
21, 2004 and August 10, 2005 orders.








On May 11, 2006, this Court ordered a response and
stayed the July 21, 2004 and August 10, 2005 orders.

Real party-in-interest, the State of Texas,
represented by Dexter Eaves, Victoria County District Attorney, filed a
response on May 19, 2006.  

The Court, having examined and fully considered the
petition for writ of mandamus, response, and documents on file, is of the
opinion that the petition for writ of mandamus should be denied.

The stay granted on May 11, 2006 in trial court cause No. 1-77,577 is ordered LIFTED.  Relator=s petition for writ of mandamus is hereby
DENIED.  See Tex. R. App. P. 52.8. 

PER CURIAM

 

Do
not publish. Tex. R.
App. P. 47.2(b).

Memorandum
Opinion delivered and filed

this
8th day of June, 2006.











[1]  See Tex. R.
App. P. 52.8(d) (AWhen denying relief, the court may
hand down an opinion but is not required to do so.@); Tex. R. App. P.
47.4 (distinguishing opinions and memorandum opinions).